## No. 7.

### PHELPS *against* MOTT. *Franklin*, 1819.

SCIRE Facias to County Court, on judgment of a Justice Peace, under the Statute, must set out facts sufficient to shew it comes within the provisions of the Statute.

SCIRE Facias, in common form, brought to the County Court of Grand-Isle County, on a judgment rendered on confession, by a Justice of the Peace, for $150 damages.

*Plea*—That an execution issued and was returned satisfied.

*Replication*—That the execution was, by mistake, levied on property not the debtor's. Demurrer.

By the Court. A Scire Facias can be brought to that Court only in which the judgment was rendered and where the record is, but the Statute directing the mode of levying executions, sec. 9, 1 vol. 327, gives a remedy by *Scire Facias* to the County Court, on a judgment rendered by a Justice, over fourteen dollars, in one case only, where an execution has issued and been levied, by mistake, on property not the debtor's. The

Scire Facias, in such case, must set forth facts sufficient to shew it comes within the provisions of the Statute. In this case, the declaration, in common form, gave the County Court no jurisdiction over the subject matter, and is clearly bad.

*Judgment*—Declaration insufficient.